IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL ALLEN LINK, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion. The above-captioned matter has been provisionally filed on June 9, 2011 (Filing No. 1). However, due to certain technical defects, the complaint cannot be further processed until such defects are corrected. To assure further consideration of the complaint, defendant must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

Defendant, who removed this matter to this Court, has failed to include the $350.00 filing fee. Defendant has the choice of either tendering the $350.00 fee to the clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If defendant chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

IT IS ORDERED:

1. Defendant is directed to correct the above-listed technical defect in the complaint on or before August 15, 2011.

      2.   Failure to comply with this memorandum and order will result in dismissal of this matter without further notice.

      3.   The clerk of the court is directed to send to defendant the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

      4.   The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: August 15, 2011: deadline for payment or filing of IFP application.

      DATED this 18th day of July, 2011.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court