IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL ALLEN LINK, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion.  On July 18, 2011, the Court entered a Memorandum and Order requiring defendant to either "tender[] the $350.00 fee to the clerk of the court or submit[] a request to proceed in forma pauperis and an affidavit of poverty in support thereof" by August 15, 2011 (Filing No. 7 at CM/ECF p. 1).  Defendant was warned that failure to comply with the Court's Memorandum and Order "will result in dismissal of this matter without further notice."  (*Id.* at CM/ECF p. 2.)  Defendant has not paid the filing fee or submitted a motion to proceed in forma pauperis.

This matter will be dismissed without prejudice because defendant failed to prosecute this matter diligently and

failed to comply with this Court's orders.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 6th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court